

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2018

No. 04-18-00209-CR

**EX PARTE** Quincy **HARRISON,**

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CR-4194
The Honorable Joey Contreras, Judge Presiding

# O R D E R

The State's first motion for extension of time to file its brief is GRANTED. The State's brief is due on July 12, 2018.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2018.

KEITH E. HOTTLE,
Clerk of Court